IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DERIUS HARRIS, RAY MARSHALL, AND FREDERICK MALONE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**                                                           **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO. 3:12-cv-00542-CWR-LRA**

**HINDS COUNTY, MISSISSIPPI D/B/A
HINDS COUNTY SHERIFF'S DEPARTMENT,
MALCOLM MCMILLAN AND TYRONE LEWIS
IN THEIR OFFICIAL CAPACITIES AS THE
FORMER AND CURRENT SHERIFFS OF HINDS
COUNTY, MISSISSIPPI**                                                                                         **DEFENDANTS**

## FINAL JUDGMENT

Having determined that the parties have resolved their differences pursuant to a settlement, the Court finds that entry of this Final Judgment is appropriate to formally bring this matter to a close. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed pursuant to the parties' settlement.

**SO ORDERED**, this the 6th day of March, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE